**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7067**

_____

JERMAINE ANTWAN TART,

            Plaintiff - Appellant,

      v.

MARK TROCK,

            Defendant - Appellee,

      and

MAIL ROOM STAFF,

            Defendant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:19-ct-03231-FL)

_____

Submitted:  November 22, 2022                    Decided:  November 29, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jermaine Antwan Tart, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Antwan Tart appeals the district court's order granting summary judgment to Appellee and dismissing without prejudice Tart's 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Tart v. Trock*, No. 5:19-ct-03231-FL (E.D.N.C. Aug. 30, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*